# BARKER, GELFAND, JAMES & SARVAS

ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION

*Atlantic County Office:*
210 New Road
Linwood Greene – Suite 12
Linwood, New Jersey 08221
(609) 601-8677
(609) 601-8577 – Telefax

A. MICHAEL BARKER *
TODD J. GELFAND **
VANESSA E. JAMES **+
JEFFREY P. SARVAS

GREG DILORENZO
ADAM E. BARKER

*Burlington County Office:*
1 Eves Drive, Suite 111
Marlton, New Jersey 08053
(609) 601-8677
(609) 601-8577 – Telefax
E-Mail:
TGelfand@BarkerLawFirm.net
*By Appointment Only*

* CERTIFIED BY THE SUPREME COURT OF
  NEW JERSEY AS A CIVIL TRIAL ATTORNEY
** LICENSED TO PRACTICE IN PENNSYLVANIA
+ ASSOCIATION OF WORKPLACE
  INVESTIGATORS – CERTIFICATE HOLDER

Website: www.barkerlawfirm.net
e-mail: TGelfand@BarkerLawFirm.net

*Gloucester County Office:*
91 Circle Avenue
Pitman, New Jersey 08071
(856) 244-1854
Email: VJames@BarkerLawFirm.net
*By Appointment Only*

PLEASE REPLY TO
**ATLANTIC COUNTY OFFICE**

March 24, 2025

Magistrate Judge Matthew J. Skahill
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

Re: John J. Walsh, Jr. v. Township of Galloway, Township of Mullica, Police Officer Hardikkumar Patel, Police Officer Robert Winkel, Police Officer Lupinetti, and Mullica Chief of Police, Brian J. Zeck
Civil Docket: 1:22-cv-03336-KMW-MJS

Dear Judge Skahill:

We represent the Defendants, Township of Galloway, Township of Mullica, Police Officer Hardikkumar Patel, Police Officer Robert Winkel, and Police Officer Lupinetti, in the above-captioned case. Please accept this letter brief in lieu of a more formal brief in support of Defendants' Motion to Seal Exhibit 1

Page 2
March 21, 2025
Magistrate Judge Matthew J. Skahill
Re:     John J. Walsh, Jr. v. Township of Galloway, Township of Mullica, Police Officer Hardikkumar Patel, Police Officer Robert Winkel, Police Officer Lupinetti, and Mullica Chief of Police, Brian J. Zeck
        Civil Docket #: 1:22-cv-03336-KMW-MJS

of the Defendants' reply brief in support of their motion for summary judgment (ECF No. 83-1).

On this date the Defendants filed a Reply Brief in support of their Motion for Summary Judgment. Enclosed with that motion is one exhibit. Defendants request that this exhibit be filed under seal because it contains confidential information about the Plaintiff, specifically certain personal identifiers, such as Plaintiff's date of birth which were mistakenly not redacted. Public disclosure of this information could be potentially harmful to Plaintiff. The plaintiff has consented to the filing of Exhibit 1 (ECF No. 83-1) under seal.

Thank you for your consideration.

                                    Very truly yours,

                                    **BARKER, GELFAND & JAMES**
                                    **a Professional Corporation**


                            By:     s/*Todd J. Gelfand*
JPS/tjg                             Todd J. Gelfand, Esquire




cc:
*RICHARD M. WIENER*
*Attorney for Plaintiff*